

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 24, 2020

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Charles Melvin, a/k/a "Flip,"* 20 Cr. 592 (PMH)

Dear Judge Halpern:

    The parties are scheduled to appear before the Court for a status conference and bail appeal proceeding on December 1, 2020 at 2 p.m. The defendant initially requested to appear at that conference in person, but having learned that he would be required to quarantine upon his return to Orange County Jail from the courthouse, he now requests that the proceeding be held telephonically. In order to produce the defendant for a telephone proceeding, Orange County Jail requires a court order.

    The Government therefore respectfully requests, on behalf of the parties jointly, that the Court endorse this letter and order the Orange County Jail to produce Charles Melvin, a/k/a "Flip," for a telephonic status conference at 2 p.m. on December 1, 2020.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/ Derek Wikstrom
      Derek Wikstrom
      Assistant United States Attorney
      Tel: (914) 993-1946

---

Application granted. The December 1, 2020 conference shall be held telephonically. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. Prior to the conference, counsel for Defendant shall file via ECF a Consent to Proceed by Teleconference waiver form.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
       November 24, 2020