UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

20 CR 592 (PMH)    ( )( )

CHARLES MELVIN

Defendant(s).
------------------------------------------------------------------X

Defendant _____Charles Melvin_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X_ teleconferencing:

____  Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer


__Charles Melvin (by James Neuman)_____     *James Neuman*_____
Defendant's Signature                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Charles Melvin_____              James Neuman_____
Print Defendant's Name                        Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_12/22/2020_____                     __*Judith C. McCarthy*_____
Date                                          U.S. District Judge/U.S. Magistrate Judge