UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America

        -against-

Charles Melvin,

                Defendant.

------------------------------------------------------------X

**SCHEDULING ORDER**

20 CR 592 (PMH)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

A bail hearing before Magistrate Judge Krause is hereby scheduled for **Thursday, May 20, 2021 at 9:00 a.m.**

Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: May 12, 2021
       White Plains, New York

                              **SO ORDERED.**

                              _____
                              ANDREW E. KRAUSE
                              United States Magistrate Judge