**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax 646-304-6604

| |
|---|
| Application granted. |
| The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc 47. |
| SO ORDERED. |
| /s/ Philip M. Halpern |
| Philip M. Halpern |
| United States District Judge |
| Dated: White Plains, New York |
| October 8, 2021 |

**By ECF**

The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re: United States v. Charles Melvin
         20 Cr. 592 (PMH)

Dear Judge Halpern:

  I was appointed to represent Mr. Melvin on December 20, 2020, pursuant to the Criminal Justice Act. This letter is respectfully submitted to request that I be permitted to submit interim vouchers in accordance with the CJA plan of the Southern District of New York.

          Respectfully submitted,

           /s/Andrew Patel
          Andrew G. Patel