UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

             -against-

CHARLES MELVIN

                               Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 592   (PMH)

Defendant __Charles Melvin__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

/s/Charles Melvin by A. Patel
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Charles Melvin
Print Defendant's Name

Andrew Patel
Defendant's Counsel's Signature

Andrew Patel
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/8/21
Date

[signature]
U.S. District Judge/U.S. Magistrate Judge