UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

CHARLES MELVIN

                                      Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

20  -CR-  592   (PMH )

Defendant   Charles Melvin                      hereby voluntarily consents to
participate in the following proceeding via  X   videoconferencing or  X    teleconferencing:

___      Initial Appearance Before a Judicial Officer

___      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
          Indictment Form)

___      Bail/Detention Hearing

_X_     Conference Before a Judicial Officer

 

/s/Charles Melvin by A. Patel
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Charles Melvin
Print Defendant's Name

Andrew Patel
Defendant's Counsel's Signature

Andrew Patel
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/16/22
Date

U.S. District Judge/~~U.S. Magistrate Judge~~