**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax 646-304-6604

> In light of Mr. Melvin's request for the appointment of new counsel, the Government and Mr. Patel are directed to coordinate with the Magistrate Judge regarding a potential change-of-counsel hearing.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 58.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 16, 2022

**By ECF**

The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                Re:    <u>United States v. Charles Melvin</u>
                      20 Cr. 592 (PMH)

Dear Judge Halpern:

      Mr. Melvin has informed me that he would like new counsel to be appointed to represent him.

                              Respectfully submitted,

                                /s/Andrew Patel
                              Andrew G. Patel

cc:    Derek Wikstrom
        Assistant United States Attorney (by ECF)