## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  March 22, 2022
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

            Plaintiff                         **SCHEDULING ORDER**

    -against-                                  7:20-cr-00592-PMH

Charles Melvin
                      Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of counsel hearing for 3/23/2022 at 12:30 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  3/22/2022
        White Plains, New York

                                            SO ORDERED:

                                            s/       PED

                                            PAUL E. DAVISON
                                            United States Magistrate Judge