UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Charles Melvin

               Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-cr-00592-PMH

Defendant Charles Melvin hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☒     Conference Before a Judicial Officer - Assignment of Counsel

/s/ Charles Melvin
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Charles Melvin
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Andrew Patel
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/23/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge