March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

CHARLES MELVIN

                   ,
               Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

**20 -CR-592 (PMH)**

Defendant CHARLES MELVIN hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\_\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_\_ Bail/Revocation/Detention Hearing

\_X\_\_ Status and/or Scheduling Conference

\_\_\_\_ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Charles Melvin
_____
CHARLES MELVIN

*John S. Wallenstein*
_____
Defense Counsel's Signature

_____
JOHN S. WALLENSTEIN

This proceeding was conducted by AT&T teleconferencing technology.

4/19/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge