LAW OFFICES OF
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK
(516) 742-5600  FAX
EMAIL: JSWallenstein

June 1

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Melvin**
**Docket # 20 CR 592 (PMH)**

Dear Judge Halpern;

> Application granted. The change of plea hearing scheduled for 6/2/2022 is adjourned to 7/5/2022 at 3:30 p.m. in Courtroom 520 at the White Plains Courthouse.
>
> Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.
>
> The Government is directed to file a proposed Speedy Trial Act exclusion order for the Court's consideration.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 69.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 1, 2022

This matter is scheduled for a guilty plea tomorrow, June 2. Unfortunately, my client's significant other/caretaker, with whom he resides, has COVID. As a result, Mr. Melvin would not be allowed into the Courthouse tomorrow, and in any event, because he is wheelchair bound, he has no transport while she is ill.

Therefore, I respectfully request that the plea be adjourned until a date in late June or early July convenient to the Court and all counsel. This would provide sufficient time to assure that Mr. Melvin does not contract the virus, or to recover if he does.

I have discussed this with my client, and we agree to exclude the time between June 2 and the next date from the operation of the Speedy Trial Act. I have advised AUSAs Derek Wikstrom and Stephanie Simon of the foregoing.

Thank you for your courtesy and consideration.

Respectfully yours,

_John S. Wallenstein_
JOHN S. WALLENSTEIN

JSW/hs