**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600   FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

July 1, 2022

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:  United States v. Melvin**
           **Docket # 20 CR 592 (PMH)**

Dear Judge Halpern;

    This matter is scheduled for a guilty plea on July 5. Yesterday, I received a fax from Mr. Melvin's physician, advising that he must undergo heart valve replacement surgery next Thursday, because he is having great difficulty breathing, and of course he is confined to a wheelchair as a result of the stroke he suffered last year. The doctor estimates his recovery period to be between 4 and 12 weeks.

    Therefore, I respectfully request that the plea be adjourned until a date in early August convenient to the Court and all counsel. This would provide sufficient time to evaluate his recovery and resolve this if he is physically able to do so at that time.

    I have discussed this with my client, and we agree to exclude the time between July 5 and the next date from the operation of the Speedy Trial Act. I have advised AUSA Derek Wikstrom of the foregoing.

    Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*

JOHN S. WALLENSTEIN

JSW/hs

---

**Judge's Order (stamped on letter):**

Application granted. The change of plea hearing scheduled for 7/5/2022 is adjourned to 8/16/2022 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse.

The Government is directed to file a proposed Speedy Trial Act exclusion order for the Court's consideration.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 72.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         July 1, 2022