UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **RESCHEDULING ORDER**
                                    :
**Charles Melvin,**                 :     7-20-cr-00592-PMH
              Defendants.           :
                                    :
------------------------------------------------------------x

Sentencing in this matter is rescheduled to <u>April 12, 2023 at 4:00 pm</u> in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022                SO ORDERED:

*(signature)*
Philip M. Halpern, U.S.D.J