**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, N**
**(516) 742-5600  F**
**EMAIL: JSWallenste**

March 2

> Application granted. The sentencing scheduled for 4/12/2023 is adjourned to 8/31/2023 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 83.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 30, 2023

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:**    **United States v. Melvin**
             **Docket # 20 CR 592 (PMH)**

Dear Judge Halpern;

    This matter is scheduled for sentencing on April 12. As you know, Mr. Melvin suffers from myriad medical conditions, and he is scheduled for another cardiac surgical procedure later this week. In order to allow time for recovery and recuperation, and taking into consideration the schedules of counsel and the Court, I respectfully request that the sentencing be adjourned until a date in late June or early July convenient to the Court and all counsel.

    I have discussed this application with AUSA Derek Wikstrom and the government has no objection.

    Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs