# LAW OFFICES
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

June 2, 2023

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED

_(signature)_
Hon. Judith C. McCarthy   6-5-2023

**Re:   United States v. Melvin**
**Docket # 20 CR 592 (PMH)**

Dear Judge Halpern;

    I write to respectfully request a modification of the conditions of release previously set in this matter (see Appearance Bond, ECF # 67). The present bond has two suretors, Michelle Peterson and Larry Oates. Ms. Peterson, with whom the defendant has been residing, is also his "third party custodian" (See Appearance Bond ¶6, p.4). Mr. Oates is the defendant's brother.

    Ms. Peterson is moving to Virginia, as of Monday June 5, and will no longer be willing or able to fulfill her duties as third party custodian. The residence where they have been living will be vacated (I am informed that the lease has expired), and Mr. Melvin will move in with his mother, in Newburgh, and will seek other accomodations in the near future, with the approval of PreTrial Services.

    I have discussed this matter at length with PreTrial Services Officer Shannon Finneran, who has no objection to the removal of the third party custodian or to the proposed move. She has already conducted a home visit at the mother's residence. Because Mr. Melvin has no other place to live at present, he will move in with his mother pending the Court's ultimate approval, if that is forthcoming, and will continue to work with PreTrial Services to assure that he is in compliance with the conditions of release.

    Officer Finneran advises that the defendant is amenable to, and should be mandated to, continue mental health treatment.