UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :     **RESCHEDULING ORDER**
                                :
**CHARLES MELVIN**,             :
                Defendant.      :     7-23-cr-00592 PMH
                                :
-----------------------------------------------------------x

The Sentencing scheduled in this matter for October 11, 2023 is rescheduled to March 20, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Defendant's sentencing submission is due by February 28, 2024 and the Government's submission is due by March 6, 2024.

Dated: August 31, 2023        SO ORDERED:

                              _____
                              Philip M. Halpern, U.S.D.J